**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1295**

THOMAS A. HOLLEY, In the matter of: Realy Novalla White:
Deceased,

    Plaintiff - Appellant,

  v.

MICHAEL J. MCARTHUR, Superior Clerk of Court; BLAIR FUNERAL
SERVICE; JESSIE HOLLEY,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:10-cv-00001-REP)

Submitted:  May 20, 2010    Decided:  May 26, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas A. Holley, Appellant Pro Se.   Robert L. O'Donnell,
VANDEVENTER BLACK, LLP, Norfolk, Virginia, for Appellee; Jessie
Holley, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Holley appeals the district court's order dismissing his civil complaint for lack of personal jurisdiction and improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holley v. McArthur, No. 3:10-cv-00001-REP (E.D. Va. Feb. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED